

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLE PIANTEDOSI,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: 2:25-cv-05412 FMO (PDx)<br><br>ORDER GRANTING STIPULATION [19] DISMISSING ENTIRE ACTION WITH PREJUDICE |

    The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.


Dated: September 24, 2025              _____
                                                                    /s/
                                       HONORABLE FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE